**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6271**

---

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff - Appellee,

　　　v.

WILLIAM PRESTON RAMEY-WOODARD,

　　　　　　　Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Senior District Judge.  (7:20-cr-00032-MFU-JCH-1)

---

Submitted:  December 4, 2024　　　　　　　　　Decided:  December 19, 2024

---

Before WILKINSON and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William Preston Ramey-Woodard, Appellant Pro Se.  Jason Mitchell Scheff, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Preston Ramey-Woodard appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have reviewed the record and conclude that the court did not abuse its discretion in denying the motion. *See United States v. Smalls*, 720 F.3d 193, 195 (4th Cir. 2013) (stating standard of review). Accordingly, we deny Ramey-Woodard's motion for appointment of counsel and affirm the district court's order. *United States v. Ramey-Woodard*, No. 7:20-cr-00032-MFU-JCH-1 (W.D. Va. Mar. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*